# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACQUELENE MCKINNEY,**

      **Plaintiff,**

-vs-                                   **Case No. 6:06-cv-1240-Orl-31KRS**

**ORANGE COUNTY, FLORIDA;
MARGARET PHIPPS; and GEORGE
HART;**

      **Defendants.**

## ORDER

This matter comes before the Court on the Plaintiff's Motion for Temporary Restraining Order (Doc. 2). The motion fails to satisfy the requirements for issuance of a TRO set forth in Local Rule 4.05. Accordingly, it is hereby

**ORDERED** that the Plaintiff's Motion for Temporary Restraining Order (Doc. 2) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party