# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JACQUELENE McKINNEY,

        Plaintiff,

-vs-                                    Case No.  6:06-cv-1240-Orl-31KRS

ORANGE COUNTY, FLORIDA;
MARGARET PHIPPS; and GEORGE
HART,

        Defendants.

## ORDER and NOTICE OF HEARING

This matter comes before the Court on the Plaintiff's Motion for Reconsideration of Order Denying Motion for Temporary Restraining Order (Doc. 12).  In resolving the instant motion, the Court has also considered the original TRO motion (Doc. 2), the Plaintiff's affidavit (Doc. 8), and the proposed order (Doc. 13).[1]

In her affidavit, the Plaintiff contends that the Defendants are harassing her at work, that her doctor has told her that workplace stress is raising her blood pressure, and that her doctor has told her that if her blood pressure remains high, she would be in danger of suffering a stroke. (Doc. 8 at 2).  She seeks a temporary restraining order preventing the Defendants from continuing to harass her at work.  (Doc. 2 at 5).

---

[1] Though they were not docketed until several days afterward, the latter two documents were filed along with the original TRO motion on August 18.

After reviewing the Plaintiff's filings, the Court finds that she has not made out a sufficient basis for emergency relief.  The Plaintiff has not clearly shown that she will suffer immediate and irreparable injury before the Defendants or their attorneys can be heard in opposition.  *See* Fed.R.Civ.P. 65(b).  Plaintiff's attorney has also failed to certify to the court in writing the efforts, if any, which have been made to give notice to the Defendants and the reasons that notice should not be required.[2]  *See* Fed.R.Civ.P. 65(b).  Accordingly, it is hereby

    **ORDERED** that:

    1.    The motion for reconsideration is **GRANTED**;

    2.    The application for a TRO is **DENIED**, and Plaintiff's Motion for Temporary Restraining Order (Doc. 2) is converted to one for a preliminary injunction.

    3.    To the extent not already accomplished, the Plaintiff shall serve the Defendants with all suit papers on or before Wednesday, September 6, 2006.

    4.    The Defendants shall file their response(s) to the motion for a preliminary injunction on or before September 13, 2006.

---

[2] Counsel for the Defendants received notice at some point, as they entered appearances in this case on August 29.  (Doc. 9, 10).

5. A **HEARING** on the motion for a preliminary injunction will be held before the undersigned on **THURSDAY, SEPTEMBER 21, 2006** at **4:00 P.M.** in Courtroom 3 of the George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 1, 2006.

                                                 GREGORY A. PRESNELL
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party